United States District Court
Northern District of Illinois

)
)
Plaintiff )
*MARY PALMER* )     i3C 50230
v.                )     Judge Reinhard
)     Magistrate Mahoney
)
)
Defendant )
*Administrative*         **COMPLAINT**
*Law Judge*

**RECEIVED**

JUL 1 6 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MARY PALMER
1304 West Street
Rockford Il. 61102

To whom this may Concern:

I am writing this letter in regards to my situation Concerning my disability. I am 59 yrs old, I have recently went to the doctor and received Injections in my knees and in my hands due to the pain I was having. I needed this done also so that I will be able to work on a job, I am not sure how long the injections will last for me, but for now this helps me to be able to work using my hands and standing so I can pay my rent, and everyday living needs, Although I am very disappointed in the unfavorable decision from the judge, I feel that he did not consider or even know the pain and frustration I am enduring. How could he tell me that I can do telemarketing jobs, I do not think he even know what telemarketing jobs consists of you do use computers, and he don't know what my body can do. I do not understand why he think I am not entitled to disability, when I have worked starting at the age of 16 up until my late 50's doing the kind of work

I enjoyed doing and, now that I can no longer do this type of work any more because I have used my hands and legs for so long and so much that I cannot work as required to hold a job. Would you please reconsider.

Mary Palmer